UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81065-AMC

HOWARD COHAN,

    Plaintiff,

vs.

OMJB HOSPITALITY, LLC,
A Florida Limited Liability Company,
d/b/a JOHNNIE BROWNS,

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, OMJB HOSPITALITY, LLC, d/b/a JOHNNIE BROWN'S, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED September 1, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Joseph R. Ruiz** |
| Gregory S. Sconzo, Esq. | JOSEPH R. RUIZ, ESQ. |
| Florida Bar No.: 0105553 | Florida Bar No. 65732 |
| Sconzo Law Office, P.A. | ZUMPANO CASTRO, LLC |
| 3825 PGA Boulevard, Suite 207 | Counsel for Defendants |
| Palm Beach Gardens, FL 33410 | 500 South Dixie Highway, Suite 302 |
| Telephone: (561) 729-0940 | Coral Gables, Florida 33146 |
| Facsimile: (561) 491-9459 | Telephone: (305) 503-2990 |
| Email: greg@sconzolawoffice.com | Email: Joseph.Ruiz@ZumpanoCastro.com |
| Email: alexa@sconzolawoffice.com | Email: Nikki.Marrero@ZumpanoCastro.com |
| Attorney for Plaintiff | |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                      **/s/ Gregory S. Sconzo**
                                                      **Gregory S. Sconzo, Esq.**